# United States of America
## United States Patent and Trademark Office

# NATO

| | |
|---|---|
| **Reg. No. 3,907,646** | INTERNATIONAL WATCHMAN, INC. (OHIO CORPORATION) |
| **Registered Jan. 18, 2011** | 4301 MANHATTAN AVE.<br>BRUNSWICK, OH 44212 |
| **Int. Cl.: 14** | FOR: WATCHES; WATCH BANDS AND STRAPS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50). |
| **TRADEMARK** | FIRST USE 2-2-2003; IN COMMERCE 5-15-2003. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | SER. NO. 85-054,829, FILED 6-4-2010. |
| | BARBARA A. GOLD, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office