# United States of America
#### United States Patent and Trademark Office

# NATO-G10

**Reg. No. 4,093,914**  INTERNATIONAL WATCHMAN, INC. (OHIO CORPORATION)
4301 MANHATTAN AVE.
**Registered Jan. 31, 2012**  BRUNSWICK, OH 44212

**Int. Cl.: 14**  FOR: WATCHES; WATCHBANDS; WATCH STRAPS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

**TRADEMARK**  FIRST USE 2-2-2003; IN COMMERCE 5-15-2003.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,907,646.

SER. NO. 85-370,184, FILED 7-13-2011.

DAVID C. REIHNER, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office