# KICKSTARTER
#BlackLivesMatter

Explore   Start                                    🔍   Log in



# THE AMA DIVER

an ALBANY watch inspired by lesser-known adventurers

| ALBANY | **Albany Watches**<br>First created · 0 backed | More |
|---|---|---|

**$84,613**
pledged of $30,000

**219**
backers

**10**
days to go

 Product Design       New York, NY

Case: 1:20-cv-02413-PAB   Doc #: 1-3 Filed: 10/24/20   2 of 51.   PageID #: 16

Back this project

☐   Remind me        🅕       🐦       ✉       </>

<u>All or nothing.</u> This project will only be funded if it reaches its goal by Tue, November 3 2020 9:00 AM EST.

**Campaign**       Rewards       FAQ       Updates [6]       Comments [80]

Community





It's a story that starts with the ocean. Passing a practice down from generation to generation, theirs is one of the oldest freediving traditions in the world.

The Ama Diver is a 1960's style skin diver inspired by a 2000-year-old tradition and celebrates the spirit of the pearl divers of Japan, the Ama.



The heart of the Ama Diver is the highly regarded Miyota 9039 automatic movement.





Albany creates timepieces inspired by lesser-known adventurers celebrating a time when the world was full of wonder and exploration.

We stand by precision and reliability we oversee our entire manufacturing process from design to craftsmanship. As passionate caretakers of our planet, we

advocate for meaningful integration between exceptional quality and sustainability.

## THEY TALKED ABOUT US

      

      









## ALBANY'S PURPOSE

A message from the founder.



## WHAT PEOPLE ARE SAYING ABOUT US ONLINE





"*I really think you guys are onto something here. I need another diver like a hole in the head, but this is high on the sexy scale.*"

Zready

"*I have to say I was never a fan of the mother of pearl idea but on this "Albany AMA" it looks amazing.*"

PDONALDSON

"*I like all of it: dial, hands, case shape, and small bezel. This could be my first diver watch. Doxa can wait still for another year.*"

MKANTOLA



## TRIED AND TESTED

The Ama Diver has received outstanding reviews for its design and quality, story, and inspiration.

Reviews across the globe have acknowledged our attention to detail and the exceptional performance expected of a 300m dive watch.

We have tested our watches above and below water. They perform in all conditions; From the snowy peaks of the Sierra Nevada to the tropical Indian Ocean, and the heat of the African desert to the icy waters of the Atlantic.





## HANDS AND LUME

We designed the watch hands to represent the Ama's dive tools, from the knife-like hour and spear-shaped minute hands to the signature harpoon seconds hand.

The Ama Divers subdued black hour-hand, teal minute-hand emphasized for enhanced practical use, and harpoon seconds-hand make the Ama Diver easily readable.

Swiss Super-LumiNova® BWG9 has been applied to all three hands, indices, and crown for legibility in all conditions.



## BEZEL AND CRYSTAL

Our anti-reflective domed crystal and bezel insert are made from scratch resistant sapphire crystal, second in hardness only to diamonds.

At 41.5mm, the 120-click unidirectional bezel is easy to grip and extremely precise with no back play.



## CASE AND CROWN

The Ama Diver evokes a time of vintage sea exploration. We wanted a design that was sleek and original yet familiar. Introducing our 316L brushed stainless 60's skin diver styled case depth rated to 300m. All Ama divers are depth tested

during manufacturing and after assembly. Our crown features the Albany cormorant, a symbol of nobility and bounty.

- Comfortable 40mm case with drilled lugs for easy strap changes
- 48mm lug to lug with a 20mm strap size
- 12.8mm in height (Including the domed sapphire crystal)
- A 7mm fully lumed (Swiss Super-LumiNova® BWG9) ergonomic screw-down crown that's easy to grip





The AMA Diver is powered by a Japanese automatic movement.

**MIYOTA CALIBER 9039**

A Japanese inspired watch needs a robust Japanese movement. The heart of the Ama Diver is the highly regarded Miyota 9039, the no-date version of the beloved 9015. This automatic movement beating at 28800 bhp is beloved for its smooth second-hand sweep. Its consistent quality and accurate timekeeping make it is a workhorse caliber that will serve you efficiently on your own adventures for many years.



## CASEBACK

The screw-down caseback features an engraving inspired by Iwase Yoshiyuki's photography of Ama divers from his village, circa the 1950s. This 2000-year-old freediving tradition is a testament to the Ama's enduring spirit and close relationship to the sea. Albany recognizes these lesser-known adventurers with this beautiful image of an Ama looking back across the tides of time on an incredible tradition as it fades in the modern world.





## DIAL OPTIONS

The Ama Diver is available in three variants. We have designed each dial to embody aspects of the sea and the Ama story.



## BLACK PEARL

The Ama signature Black Pearl dial –
A sophisticated mother of pearl dial
with a unique appearance due to its
natural texture. Our mother of pearl
dials are ocean sourced.



## BATHYS BLUE

The BATHYS BLUE dial – The ascent
from the depths toward the
sunlight. It's deep blue centre
radiates outward to navy and
black ring.



## Abyss Black

The Abyss Black dial – an understated black dial with a natural expression of sophistication synonymous with the Ama's minimalist approach to their craft.

## BRACELET OPTIONS

The AMA Diver is available in three bracelet variations – Premium Nato, Italian leather, and stainless steel beads of rice.





## ECO WEAVE NATO BRACELET

Our robust Eco Weave NATO Bracelets are a single-piece design, made using sustainably sourced regenerated nylon.

The signature green bracelets feature a broad weave that provides more structure and comfort while promoting a refined look. The strap holes feature heat-sealed edges, and the straps are fitted with a signature Albany stainless steel engraved buckle.

This bracelet will fit a wide range of wrist sizes.



## ITALIAN LEATHER BRACELET

Our premium grey Nubuck leather straps are a tapering, two-piece design, handcrafted using vegetable-tanned Italian leather and lining.

The bracelets are edge painted and finished with a hand-stitched detail of waxed cotton cord fitted with a stainless engraved buckle that is engraved with the Albany logotype.

This bracelet will fit a wide range of wrist sizes.



# BEADS OF RICE BRACELET

Our 20mm brushed stainless steel beads of rice bracelets offer unparalleled quality, comfort, and strength.

The micro-adjustable clasp and end links are machined while the individual beads of rice articulate to provide a perfect fit. Our clasps are chamfered for comfort and are finished with an engraved logo.

This bracelet will fit a wide range of wrist sizes and are easily adjustable due to the removable screw-in links.









## THE UNBOXING

In keeping with our Japanese inspiration, we designed bamboo boxes embossed with the Albany logo to keep your Ama Diver safe and secure. It offers a premium and sustainable solution to traditional watch boxes.

A rugged watch roll is paramount to keeping your watches safe from scratches. We use double-waxed canvas with a microsuede lining. Each roll has space enough for those longer journeys with four pouches to carry multiple watches or

accessories and includes provision for a watch tool. Fold the flap, roll and wrap the leather strap around to keep everything in place.



## Specifications



**Case**

316L Stainless Steel
48mm Lug to Lug
40mm Diameter
Domed AR Sapphire Crystal



**Movement**

Automatic Miyota 9039
42 hr Power Reserve
28,800 bph



**Bezel**

120 Click
Unidirectional
41.50mm Diameter
Sapphire Crystal Insert



**Dial**

Black Pearl
Bathys Blue
Brushed Steel
Swiss Super-LumiNova® BWG9



**Water Resistance**

Depth Rated to
300m (30 ATM)



**Crown**

7mm SCREW DOWN CROWN
Swiss Super-LumiNova® BWG9



## Detail

| | | | |
|---|---|---|---|
| Drilled Lugs | Quick-Release Strap | Machined Buckle | Solid Keepers |
| Machined Clasps | Micro Adjustment Clasps | Removable Links | Solid Endlinks |



**KICKSTARTER**    BACK THIS PROJECT

THE

## AMA

DIVER

an **ALBANY** watch inspired by lesser-known adventurers



## STEP 1

Select your preferred choice:


**Offer 1 AMA Signature Series**


or


**Offer 2 AMA Upgrade Edition**


or


**Offer 3 AMA PVD Night Dive Edition**


**Offer 1**



**AMA** SIGNATURE SERIES
RETAIL WORTH: $ 425

| | | |
|---|---|---|
| **Super Earlybird** | **$ 299** | (50 available) |
| **Earlybird** | **$ 325** | (75 available) |
| **Kickstarter** | **$ 349** | (Unlimited) |

**OFFER INCLUDES**

- Watch with a choice between 3 dial options
- Signature Eco Weave NATO bracelet
- Watch roll, bamboo box, and warranty card

Your dial choice configuration to be confirmed after the campaign.

 **Offer 2**

 **AMA** **UPGRADE EDITION**

RETAIL WORTH: $ 495



| | | |
|---|---|---|
| **Super Earlybird** | **$ 350** | (50 available) |
| Earlybird | $ 375 | (75 available) |
| Kickstarter | $ 399 | (Unlimited) |

## OFFER INCLUDES

- Watch with a choice between 3 dial options
- Signature Eco Weave NATO bracelet
- Watch roll, bamboo box, and warranty card
- Nubuck Italian leather bracelet
- Stainles Steel Beads of Rice bracelet
- Double ended watch tool with pin and fork

Your dial choice configuration to be confirmed after the campaign.

 Offer 3

**AMA** PUD NIGHT DIVE EDITION 1/150

RETAIL WORTH: $ 635



| Kickstarter | $ 449 (150) |
|---|---|

### OFFER INCLUDES

- Watch with a choice between 3 dial options
- Signature Eco Weave NATO bracelet
- Watch roll, bamboo box, and warranty card
- Nubuck Italian leather bracelet
- Stainles Steel Beads of Rice bracelet
- Double ended watch tool with pin and fork

Your dial choice configuration to be confirmed after the campaign.

## STEP 2

After our campaign has been completed we will contact you directly where you will be able to make your dial and stretch goal selection:

## BLACK PEARL

or

## BATHYS BLUE

or

## ABBYS BLACK

or

## SUNBURST DIAL (45K Stretch Goal)

### Select your Dial









## AMA Watch Configurations







**AMA • BP**

Black Pearl Dial
Eco Weave NATO

**AMA • BP**

Black Pearl Dial
Italian Leather

**AMA • BP**

Black Pearl Dial
Beads of Rice



**AMA • BB**

Bathys Blue Dial
Eco Weave NATO



**AMA • BB**

Bathys Blue Dial
Italian Leather



**AMA • BB**

Bathys Blue Dial
Beads of Rice



**AMA • AB**

Abyss Black Dial
Eco Weave NATO



**AMA • AB**

Abyss Black Dial
Italian Leather



**AMA • AB**

Abyss Black Dial
Beads of Rice

AMA PVD Night Dive 1/150



**AMA • BPPVD**          **AMA • BPPVD**          **AMA • BPPVD**

Black Pearl Dial          Black Pearl Dial          Black Pearl Dial
Eco Weave NATO         Italian Leather           Beads of Rice

## STRETCH GOALS – WHAT IS STRETCH GOAL?

A "STRETCH GOAL" is an optional extra offered to any backer if he/she wishes to choose it. Choosing it is entirely the choice of the individual backer if desired and is available exclusively through Kickstarter sales.

Upon completion of the campaign, you will receive a survey to choose your stretch goal options.

• $45K – SUNBURST DIAL OPTION

• $75K – STAINLESS BEZEL INSERT OPTION

• $100K – UMI DIVE BRACELET OPTION







# SUNBURST

The Sunburst dial – An understated radial dial with a natural expression of sophistication synonymous with the Ama's minimalist approach to their craft.

## Sunburst Dial • 45K Stretch Goal







**AMA • SB**

Brushed Steel Dial
Eco Weave NATO

**AMA • SB**

Brushed Steel  Dial
Italian Leather

**AMA • SB**

Brushed Steel Dial
Beads of Rice


**75K Stretch Goal**

# BRUSHED STAINLESS BEZEL

Once the goal is reached, each customer will have the option to replace their signature AMA diver bezel insert with a brushed stainless steel version.




**Goal reached!**
KICKSTARTER



**100K Stretch Goal**





# Umi Dive Bracelet

Our signature Umi Dive is a tapering two-piece molded bracelet exclusively designed by Albany watches.

The strap features the unique AMA diver wave monogram and is available in black or the AMA signature green. The strap is breathable due to the ventilation holes and features the AMA and Albany branding on the reverse side.

This bracelet will fit a wide range of wrist sizes.



We will keep you updated regularly on your order status.

## SHIPPING

We have collaborated with Kickstarter's official shipping partners. The average deilvery time will be 5-8 working days and includes tracking and insurance on the full purchase amount .



## OUR COMMITMENT TO SUSTAINABLE PRACTICE

Sustainability forms the basis of our watches, and we are committed to setting an ethical example in the watch industry by producing premium yet sustainable items.

We strive to infuse each stage of our design and production process with a positive influence. Environmental impact and ethical treatment of humans and animals are an integral part of all our design, development, and production processes at Albany.

Our products incorporate regenerated and biodegradable materials designed with an emphasis on durability and an extended lifespan. We are actively working with our manufacturing partners across our supply chain to improve consumption while reducing emissions and waste.

## FOLLOW US ON INSTAGRAM



Here we will update you with unique images, inspiration, and much more.

# Risks and challenges

We have partnered with companies that have exceeded our expectations when it comes to courier services, manufacturing standards, and high levels of quality. We will respect our delivery timeline, and if there are any delays, we will keep you informed or be available to answer any questions - hello@albanywatches.com

Backers are responsible for shipping fees and any Duty/VAT/GST charges for their own country, which may vary according to each country's legal and taxation structure. Albany Watches Co LLC legally cannot pay for or compensate customers for their own country's Duties or VAT or GST. Upon purchasing an Albany watch, you are acknowledging that you are aware of and intend to pay for your duties or VAT or GST on your purchase. For more information or to calculate your Duty/VAT/GST please visit this website: http://www.thevatcalculator.com/international-vat-and-gst-calculator/

**Learn about accountability on Kickstarter**

# Environmental commitments

Visit our Environmental Resources Center to learn how Kickstarter encourages sustainable practices.

## Long-lasting design

As passionate caretakers of our planet, we advocate for meaningful integration between exceptional quality and sustainability.

Our watches are made from long-lasting stainless steel and utilize automatic

movements that require no batteries and will outlast the lifespan of its wearer if properly cared for.

## Reusability and recyclability

Our products incorporate regenerated and biodegradable materials designed with an emphasis on durability and an extended lifespan.

## Sustainable materials

We strive to infuse each stage of our design and production process with a positive influence.

Sustainability forms the basis of our watches, and we are committed to setting an ethical example in the watch industry by producing premium yet sustainable items.

## Environmentally friendly factories

Environmental impact and ethical treatment of humans and animals are an integral part of all our design, development, and production processes at Albany.

We are actively working with our manufacturing partners across our supply chain to improve consumption while reducing emissions and waste.

## Sustainable Distribution

Our logistics partners promote sustainable growth around the globe. They have set out their sustainability goals prioritizing the reduced use of natural resources and reducing $CO_2$ emissions from their logistics activities.

Questions about this project? **Check out the FAQ**

Report this project to Kickstarter

WE ALSO RECOMMEND


The R1 - A REGULATOR WATCH TO DRIVE WITH!

## The R1 - A REGULATOR WATCH TO DRIVE WITH!

ZŪM WATCHES launches with the R1 - an incredible regulator complication automatic DRIVER watch - real luxury made affordable for you!

The AMA-Diver by Albany Watches — Kickstarter

By <u>ZÜM WATCHES</u>

Extraterrestrial time pieces reinvented - Werenbach.



## Extraterrestrial time pieces reinvented - Werenbach.

Incredible mechanical high-end watches with an unbelievable story. Their dial is made from a space rocket that has left planet earth.

By <u>WERENBACH</u>

Valhalla of Norway ØKS


Sólás Starlight - an Irish, affordable micro-rotor watch



## Sólás Starlight - an Irish, affordable micro-rotor watch

World's first affordable microbrand watch with a micro-rotor movement. More details at www.solaswatches.com

By [Diyu "Daniel" Wu](#)

---

**EXPLORE**

Arts

Comics & Illustration

Design & Tech

Film

Food & Craft

Games

Music

Publishing

---

**ABOUT**

About us

Our charter

Stats

Press

Jobs

**SUPPORT**

Help Center

Our Rules

Creator Handbook

Patrons

Brand assets

**MORE FROM KICKSTARTER**

Newsletters

Kickstarter Magazine

The Creative Independent

Mobile apps

Research

Kickstarter, PBC © 2020

   

English    ▼

$ US Dollar (USD)    ▼

---

Case: 1:20-cv-02413-PAB   Doc #: 1-9   Filed: 10/24/20   51 of 51.   PageID #: 65

Trust & Safety       Terms of Use       Privacy Policy       Cookie Policy       Accessibility Statement

CA Notice of Consent