# Instagram

    



## albanywatchco 

**18** posts  **1,174** followers  **883** following

**ALBANY WATCHES**
Available exclusively through KICKSTARTER
www.kickstarter.com/projects/albanywatches/the-ama-diver

  

▦ POSTS   ⌖ TAGGED





# Instagram

    

© 2020 INSTAGRAM FROM FACEBOOK