IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **International Watchman Inc.**, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:20-cv-2413 |
| **Kickstarter, PBC**, *et al.*, | : | Judge Pamela A. Barker |
| Defendants. | : | |

### PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL, WITHOUT PREJUDICE

NOW COMES Plaintiff, *International Watchman, Inc.*, and pursuant to Rule 41 and Rule 21 of the Federal Rules of Civil Procedure, Plaintiff hereby notices the dismissal of Defendant, Kickstarter, PBC, from this case entirely, without prejudice.

This dismissal shall have no effect on Plaintiff's remaining claims against Defendant, Albany Watches, which remains ripe and pending for further adjudication.

IT IS SO ORDERED.
s/Pamela A. Barker 11/4/2020
PAMELA A. BARKER
UNITED STATES DISTRICT JUDGE

Most Respectfully Submitted,

_*s/ David A. Welling*_
**DAVID A. WELLING (75934) (lead counsel)**
**C. VINCENT CHOKEN (70530)**
CHOKEN | WELLING LLP
3020 West Market Street
Akron, Ohio 44333
Tel.   (330) 865-4949
Fax   (330) 865-3777
davidw@choken-welling.com
vincec@choken-welling.com

*Counsel for the Plaintiff*