IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

**International Watchman, Inc.,**             Case No. 1:20cv2413

                **Plaintiff,**
   -vs-                                                          **JUDGE PAMELA A. BARKER**

**Albany Watch Co., LLC,**
                                     **JUDGMENT ENTRY**
               **Defendant**

For the reasons stated in the Memorandum Opinion and Order issued this date, Plaintiff International Watchman, Inc.'s Renewed Motion for Default Judgment (Doc. No. 20) is GRANTED.

The case is hereby TERMINATED.

**IT IS SO ORDERED.**

                                                             *s/Pamela A. Barker*
                                                            PAMELA A. BARKER
Date:  June 16, 2021                                  U. S. DISTRICT JUDGE